# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE LOVE

NO. 2024 KW 0198

**MAY 20, 2024**

---

In Re:   Tyrone Love, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 615056.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.** The writ application does not include sentencing information. Since there is no evidence that relator's sentence has been imposed, the writ application is denied as premature. See **State v. Borel,** 473 So.2d 930, 931 (La. 1985).

   **PMc**
   **CHH**
   **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT